# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 16CR2428-GPC |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO DISMISS |
| ADAN COTA-JUAREZ, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the information against Defendant Adan Cota-Juarez is dismissed without prejudice.

Dated: January 18, 2017

Hon. Gonzalo P. Curiel
United States District Judge